

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00047-CR

———————————————

THE STATE OF TEXAS, Appellant

V.

PAUL HAYWOOD

On Appeal from County Criminal Court No. 1
Denton County, Texas
Trial Court No. CR-2020-04031-A

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the State's motion to dismiss its appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 1, 2021